AB:TAW

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

NICHOLAS KENTEZ MCHENRY,

        Defendant.

- - - - - - - - - - - - - - -X

AFFIDAVIT IN SUPPORT OF
REMOVAL TO THE
MIDDLE DISTRICT OF ALABAMA

(Fed. R. Crim. P. 5)

18-M-1249

EASTERN DISTRICT OF NEW YORK, SS:

        BRESLIN STEVERSON, being duly sworn, deposes and states that he is a Inspector with the United States Postal Inspection Service ("USPIS"), duly appointed according to law and acting as such.

        Upon information and belief, on or about November 30, 2018, a warrant for the arrest of the defendant NICHOLAS KENTEZ MCHENRY was issued by the United States District Court for the Middle District of Alabama charging the defendant with conspiracy to possess with intent to distribute marijuana, in violation of Title 21, United States Code, Section 846, and possession with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1).

        The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this affidavit is to set forth only those facts necessary to establish probable cause for removal, I have not described all the relevant facts and circumstances of which I am aware.

1. On or about November 30, 2018, the United States District Court for the Middle District of Alabama issued an arrest warrant for the arrest of the defendant NICHOLAS KENTEZ MCHENRY, signed by the appointed Clerk of Court for the United States District Court for the Middle District of Alabama, Debra P. Hackett. A copy of the arrest warrant and the indictment are attached hereto.

2. On or about December 21, 2018, USPIS arrested the defendant NICHOLAS KENTEZ MCHENRY at John F. Kennedy International airport in Queens, New York upon his arrival to the United States from Hong Kong.

3. On December 21, 2018, at the time of his arrest, the defendant NICHOLAS KENTEZ MCHENRY confirmed that his name is Nicholas McHenry and that he is the individual wanted in the Middle District of Alabama. Further, law enforcement officers compared the appearance of the defendant to the known photograph and pedigree of the individual wanted in the Middle District of Alabama, and confirmed that the defendant is the wanted individual.

WHEREFORE, your deponent respectfully requests that the defendant NICHOLAS KENTEZ MCHENRY be removed to the United States District Court for the Middle District of Alabama so that he may be dealt with according to law.

*[signature]*
BRESLIN STEVERSON
Inspector
United States Postal Inspection Service

Sworn to before me this
21st day of December, 2018

/s/ SJB
_____
THE HONORABLE SANKET J. BULSARA
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| United States of America<br>v.<br><br>NICHOLAS KENTEZ MCHENRY<br>542 S. CONECUH STREET<br>GREENVILLE, AL 36037<br><br>*Defendant* | )<br>)  Case No. 2:18cr478-WKW-GMB<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* NICHOLAS KENTEZ MCHENRY,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846 Conspiracy to Violate the Controlled Substance Act (1 Count)
21 USC 841(a)(1) and 18 USC 2 Violation of the Controlled Substance Act and Aiding and Abetting (1 Count)

ORIGINAL WARRANT ON FILE
THIS COPY FOR INVESTIGATIVE
PURPOSES ONLY.

Date: 11/30/2018

_____
*Issuing officer's signature*

City and state: Montgomery, Alabama          DEBRA P. HACKETT, CLERK OF COURT
                                             *Printed name and title*

RECEIVED 2018 DEC -3 PM 12:21

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____
                                             _____
                                             *Arresting officer's signature*

                                             _____
                                             *Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:18 CR 478-WKW |
| ) | [21 U.S.C. § 846; |
| NICHOLAS KENTEZ MCHENRY and ) | 21 U.S.C. § 841(a)(1); |
| JENNIFER RAMOS ) | 18 U.S.C. § 2] |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1
(Conspiracy to Violate the Controlled Substances Act)

Beginning at an unknown time and continuing to on or about January 6, 2018, in Butler County, within the Middle District of Alabama, and elsewhere, the defendants,

**NICHOLAS KENTEZ MCHENRY and
JENNIFER RAMOS,**

did knowingly and intentionally combine, conspire, and agree together and with others to possess with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Section 846.

### COUNT 2
(Violation of the Controlled Substances Act)

Beginning at an unknown time and continuing to on or about January 6, 2018, in Butler County, within the Middle District of Alabama, and elsewhere, the defendants,

**NICHOLAS KENTEZ MCHENRY and
JENNIFER RAMOS,**

ATTEST: A True Copy.  11/30          , 20 18 .
Certified to
Clerk, U.S. District Court,
Middle District of Alabama

BY _____
Deputy Clerk

each being aided and abetted by the other, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

A. The allegations contained in Counts 1 and 2 of this indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

B. Upon conviction of the offenses in violation of Title 21, United States Code, Sections 841(a)(1) and 846, set forth in Counts 1 and 2 of this indictment, the defendants,

NICHOLAS KENTEZ MCHENRY and<br>JENNIFER RAMOS,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from proceeds defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses in violation of Title 21, United States Code, Sections 841(a) and 846.

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendants:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third party;

    (3) has been placed beyond the jurisdiction of the court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

_____
Foreperson

_____
LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

_____
Brandon W. Bates
Assistant United States Attorney

_____
R. Randolph Neeley
Assistant United States Attorney